IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAEQUON DEWRELL ALLEN,

        Plaintiff,

v.

ALEXA RICHARDSON,

        Defendant.

ORDER

16-cv-410-wmc

In advance of trial, the court held a telephonic final pretrial conference on Friday February 1, 2019, at which plaintiff and defense counsel appeared. Other than the motions in limine which are addressed in a prior opinion, this order is to formalize rulings made on the record and to update the parties on the trial's status.

Following the telephonic conference, the Bureau of Prisons notified the court that anticipated weather will interfere with plaintiff's travel to Madison, Wisconsin. Accordingly, trial and remaining pretrial conferences are rescheduled as set forth below.

ORDER

IT IS ORDERED that:

1) Trial on this matter will begin on February 28, 2019, at 9:00 a.m.

2) The court will hold an in-person final pretrial conference on February 27, at 3:30 p.m.

3) The court's written opinion addressing defendant's motions in limine has been issued separately. The parties are reminded that failure to adhere to the court's rulings will result in a strong admonishment in front of the jury.

4) The court's proposed voir dire, jury instructions, and verdict forms have been provided to the parties separately. The parties should submit any objections or proposed modifications in writing before the final pretrial conference on February 27.

5) The case caption in this matter shall be updated to replace "Deputy" with "Alexa" as shown above.

Entered this 5th day of February, 2019.

> BY THE COURT:
>
> /s/
>
> _____
> WILLIAM M. CONLEY
> District Judge