IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAEQUON DEWRELL ALLEN,

    Plaintiff,

v.

Case No. 16-cv-410-wmc

DAVID J. MAHONEY,
ALEXA RICHARDSON, and
SGT. SHELLENBERGER,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

1) denying plaintiff Raequon Dewrell Allen leave to proceed on claims against defendants David J. Mahoney and Sgt. Shellenberger; and

2) in favor of defendant Alexa Richardson in accordance with the jury's verdict dismissing this case.

Approved as to form this 1st day of March, 2019.

_____
William M. Conley
District Judge

_____    3/1/19
Peter Oppeneer               Date
Clerk of Court