IN THE UNITED STATES DISTRICT COURT
For The Western District of WISCONSIN.

Raequon D. Allen,
Plaintiff,

V.

Alexa Richardson,
Defendant,

Case # 16-CV-410-WMC

NOTICE OF APPEAL By Plaintiff Raequon D. Allen

With Respects To the Courts,

    The plaintiff Hereby Submitts the following Notice of Appeal With full Respects to the courts, INLight of The trial that took place the plaintiff Would Like To be afforded the Chance to bring forth Several Issues that Were'nt properly addressed At trial. INfuther Speaking, the Plaintiff Is IN transit Waiting to be sent back to his perminate housing facility and Respectfully Request that he be given and Extention As to When His Appeal Is to be turned IN.

With Respect very Truly,

Raequon D. Allen